IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

SAMUEL SIRVOY WARD,        )
                          )
     Plaintiff,           )
                          )        CIVIL ACTION NO.
     v.                   )         2:18cv863-MHT
                          )            (WO)
JOSHUA B. WILSON, et al., )
                          )
     Defendants.         )

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that several correctional officers used excessive force against him, resulting in injuries. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to prosecute and comply with court orders. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of February, 2019.

                    /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE